UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 09-121-BAJ-SCR

LONNIE POYDRAS


### ORDER

This matter is before the Court on the Motion to Order Grand Jury Transcripts.[1] The Court notes that "the proper functioning of the grand jury system depends upon the secrecy of the grand jury proceedings."[2] Therefore, the party seeking disclosure must show a "particularized need" for "the materials that outweighs the policy of secrecy."[3] The defendant's motion fails to allege any need for the materials and any support that such need would outweigh the policy of secrecy.

Therefore, this motion is DENIED.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 9th day of April, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 112.

[2] *United States v. Miramontez*, 995 F.2d 56, 59 (5th Cir. 1993).

[3] *Id.* (citations omitted).

Doc#48090